# *Memorandum*
2:21-cr-00026 -SVW



| Subject: | Date: |
|---|---|
| United States v. Hematology Oncology Consultants, G.P. et al. | February 8, 2021 |
| To: | From: |
| KIRY K. GRAY<br>Clerk, United States District Court<br>Central District of California | JOSEPH O. JOHNS<br>Assistant United States Attorney<br>Criminal Division |

The above-referenced matter, being filed on February 8, 2021:

- Relates to a matter that was pending in the USAO on or before August 8, 2014, the date the Honorable André Birotte Jr. resigned from his position as the Acting United States Attorney for the Central District of California.

/s/ Joseph O. Johns 2/8/21

JOSEPH O. JOHNS
Assistant United States Attorney